Nicole Owens
FEDERAL PUBLIC DEFENDER
John Cacheris
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
JERALD W. CABALLERO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE AMANDA K. BRAILSFORD)

| UNITED STATES OF AMERICA, | ) | 1:23-cr-00325-AKB |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE AND ASSIGNMENT OF COUNSEL |
| vs. | ) | |
| JERALD W. CABALLERO, | ) | |
| Defendant. | ) | |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
       JOSHUA HURWIT, UNITED STATES ATTORNEY
       DAVID J. MORSE, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that John Cacheris of the Federal Defender Services of Idaho, is hereby assigned this matter and therefore makes an appearance in the above action on behalf of the defendant, JERALD W.

Notice of Appearance and Assignment of Counsel      -1-

CABALLERO, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Dated: January 3, 2024

NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ John Cacheris
John Cacheris
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
JERALD W. CABALLERO

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 3rd day of January, 2024.

| | |
|---|---|
| David J. Morse, Assistant United States Attorney | |
| Office of the United States Attorney | \_\_\_\_United States Mail |
| 1290 West Myrtle Street, Suite 500 | \_\_\_\_Hand Delivery |
| Boise, ID 83702 | \_\_\_\_Facsimile Transmission |
| (208) 334-1211 | \_X\_ CM/ECF Filing |
| (208) 334-1413 – Facsimile | \_\_\_\_Email Transmission |
| David.Morse@usdoj.gov | |

Dated: January 3, 2024         /s/ Joy Fish
                               Joy Fish