JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
DAVID J. MORSE, IDAHO STATE BAR NO. 10066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JERALD W. CABALLERO,<br><br>　　　　　Defendant. | Case No. 1:23-CR-00325-AKB<br><br>**SUPERSEDING INFORMATION**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The United States Attorney Charges:

### COUNT ONE

**Unlawful Possession of Firearms and Ammunition**
**18 U.S.C. § 922(g)(1)**

On or between September 11, 2023, and November 24, 2023, in the District of Idaho, the Defendant, JERALD W. CABALLERO, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year; that is, Inflicting Corporal Injury on a Spouse or Cohabitant, and Assault to Commit Rape, entered on or about April 3, 1991, in case number 149181, in the State of California, in and for the County of Santa Clara, did knowingly possess, in and affecting commerce, two firearms and ammunition, to wit: one .380 caliber pistol

**SUPERSEDING INFORMATION** - 1

manufactured by Sig Sauer, Model P365, bearing serial number 66F012808; one 9mm pistol manufactured by Smith & Wesson, Model M&P 9 Shield EZ, bearing serial number RHR0286; approximately 51 rounds of .380 caliber cartridges manufactured by Ammo Incorporated; approximately 22 rounds of 9mm cartridges manufactured by Hornady; and approximately 45 rounds of 9mm cartridges manufactured by Remington, and said firearms and ammunition having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

**Firearm Forfeiture**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

Upon conviction of the offense alleged in Count One of this Superseding Information, the defendant, JERALD W. CABALLERO, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    (a) A Sig Sauer .380 caliber pistol, Model P365, bearing serial number 66F012808.

    (b) A Smith and Wesson 9mm caliber pistol, Model M&P 9 Shield EZ, bearing serial number RHR0286.

    (c) Approximately 51 rounds of Ammo Incorporated .380 caliber ammunition.

    (d) Approximately 22 rounds of Hornady 9mm ammunition.

    (e) Approximately 45 rounds of Remington 9mm ammunition.

    (f) Any other magazines and firearm associated items.

**SUPERSEDING INFORMATION** - 2

1. <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 11th day of March, 2024.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ David J. Morse*
DAVID J. MORSE
ASSISTANT UNITED STATES ATTORNEY

**SUPERSEDING INFORMATION** - 3